**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Robert Justin Garon
Silbert & Garon, LLP
909 Poydras St., Suite 2130
New Orleans LA 70112

**REHEARING ACTION: July 18, 2012**

**Docket Number: 12   00054-CA**

**MICHAEL & KIMBERLY D. MCMILLIAN**
**VERSUS**
**WESTWOOD MANOR NURSING HOME, INC.**

**Appealed from Beauregard Parish Case No. C-2011-0531**

**BEFORE JUDGES:**

   Hon. James T. Genovese
   Hon. Shannon J. Gremillion
   Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael & Kimberly D. McMillian** has this day been

   **DENIED.**

cc: David Richard Sobel, Counsel for the Appellee